IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-00877-RGA |
| ) | |
| LINKEDIN CORPORATION, ) | |
|    Defendant. ) | |
| ) | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant LinkedIn Corporation ("LinkedIn") have settled Plaintiff's claims for relief against LinkedIn asserted in this case.

NOW, THEREFORE, Plaintiff and LinkedIn, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against LinkedIn, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| February 12, 2014 | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard C. Weinblatt* | */s/ Jack B. Blumenfeld* |
| Stamatios Stamoulis #4606 | Jack B. Blumenfeld #1014 |
|     stamoulis@swdelaw.com |     jblumenfeld@mnat.com |
| Richard C. Weinblatt #5080 | 1201 North Market Street |
| weinblatt@swdelaw.com | P.O. Box 1347 |
| Two Fox Point Centre | Wilmington, DE 19899 |
| 6 Denny Road, Suite 307 | (302) 658-9200 |
| Wilmington, DE 19809 | |
| Telephone: (302) 999-1540 | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| **PARALLEL IRON, LLC** | **LINKEDIN CORPORATION** |