IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PARALLEL IRON, LLC,                    )
      Plaintiff,                   )
                               )
v.                                     )   Civil Action No. 1:12-cv-00877-RGA
                               )
LINKEDIN CORPORATION,                  )
      Defendant.                   )
_____)

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant LinkedIn

Corporation ("LinkedIn") announced to the Court that they have settled Plaintiff's claims for

relief against LinkedIn asserted in this case. Plaintiff and LinkedIn have therefore requested that

the Court dismiss Plaintiff's claims for relief against LinkedIn, with prejudice and with all

attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having

considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against LinkedIn are

dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court

and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED this 12th day of Feb , 2014.

_____
U.S.D.J.